IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-2179-OES

WADE W. SLAUGHTER,

    Plaintiff,

v.

WARDEN RIOS, USP Florence,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 15 2005

GREGORY C. LANGHAM
CLERK

---

**SECOND ORDER DIRECTING MR. SLAUGHTER TO CURE DEFICIENCY**

---

Originally on October 28, 2005, Mr. Slaughter submitted a Prisoner Complaint. He failed either to pay the $250.00 filing fee or to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. The Court determined that the document is deficient, but nonetheless, directed the Clerk of the Court to commence a civil action and instructed Mr. Slaughter to cure the deficiencies by submitting a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and by submitting his claims on a current prisoner complaint Court-approved form.

On November 10, 2005, Mr. Slaughter filed an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action. Nonetheless, he did not file a certified copy of his trust fund account statement, which in a § 2241 action must provide the current balance in his inmate account. Therefore, Mr. Slaughter will

be directed to cure the deficiency in the instant action by filing an appropriate certified trust fund account statement. Accordingly, it is

ORDERED that Mr. Slaughter cure the deficiency designated above **within thirty (30) days from the date of this Order.** It is

FURTHER ORDERED that, if Mr. Slaughter fails to cure the designated deficiency **within thirty (30) days from the date of this Order**, the Application will be denied and action dismissed without further notice.

DATED at Denver, Colorado, this __15__ day of __November__, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-02179-OES

Wade Slaughter
Reg. No. 10593-081
USP – Florence
PO Box 7000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on __11-15-05__

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk